# UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA

[*This form is for prisoners to sue for civil rights violations.* <u>NEATLY</u> *print in ink (or type) your answers.*]

LARRY D. CARROLL I

[*You are the* **PLAINTIFF**, *print your full name on this line.*]

v.

DELAWARE COUNTY JAIL et al,

[*The* **DEFENDANT** *is who you are suing. Put* <u>ONE</u> *name on this line. List* <u>ALL</u> *defendants below, including this one.*]

Case No. 3:23-cv-00053-RLY-MJD

[*For a new case in this court, leave blank. The court will assign a case number.*]

**FILED**
**04/10/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is* <u>VERY IMPORTANT</u> *that you include it on* <u>everything</u> *you send to the court for this case.* <u>DO NOT</u> *send more than one copy of anything to the court.*]

"FIRST AMENDED"

# PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*]<br>DELAWARE COUNTY JAIL et al | 3100 S. Tillotson Ave<br>Muncie IN 47302 |
| 2 | [*Put the names of any other defendants in these boxes.*]<br>TONY SKINNER (SHERIFF) | Justice Center - 100 West Washington Street Muncie, IN 47305 |
| 3 | (C/O) A. SHIELDS<br>(C/O) Z. ROWE | 3100 S. Tillotson Ave<br>Muncie IN 47302 |

[*If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant* <u>in a separate box</u> *as shown here.*]

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? DELAWARE COUNTY JAIL, Justice Center 3100 S. Tillotson Ave Muncie IN 47302

3. Did the event you are suing about happen there? ☒ Yes.  ☐ No, it happened at: _____

[<u>DO NOT</u> *write in the margins or on the back of any pages. Attach additional pages if necessary.*]

4. On what date did this event occur? August 28, 2021 - June 16, 2022

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Beggining August 25 2021 the Delaware County Jail became aware of my religious tenets, as I was questioned and classified into their system as a "Muslim."

2. After respectively informing the facility that I am Muslim, and my Holy Month of Ramadan would be starting for me through grievance (Facility Grievance # 164077262 at 2:00 P.M.) and official staff. I was told that I could not fast on my own leave by the Delaware County staff. I continued to fast been sincere to my religion, from Feb. 28, 2022 through to April 2 2022.

3. During my Religious Decreed fast, my food was taken and ultimately thrown away on different occasions. During so I hand written an grievance to the clerk of courts and the sheriff of the jail T. Skinner (Exhibit 1)

4. On March 15 2022 I grieved (Facility Grievance # 16915872 at 9:50 A.M.) that my cell was Shaken

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

## Claims and Facts (continued)

down and that food I had stored in container while fasting was taken and thrown away. I was told "it would be looked into."

"5." On March 17 (in Escalated Grievance #16915872 at 10:40 A.M.) I stated that I had yet been relieved of the negligence.

"6." On March 18 I wrote an handwritten Grievance about the incident and the officers involved (A. Shields, Z. Rowe). Seen gathered on camera by officer A. Shields. I was told "it would be looked into." (Exhibit #2)

"7." On March 19 (in Grievance #169678642 at 2:00 P.M.) I stated I was facing Cruel and Unusual Punishment

"8." On March 20, 2022 I Grieved (Grievance #169833012) I needed to speak with a Sgt. and or the Head Matron of the Jail.

"9." On March 22, 2022 (in Grievance #170164522) I stated I would be taken what I was grieving within Delaware County Jail into Legal Matters.

"10." On March 24, 2022 I spoke personally with the Head Matron D. Johnson about what I had been going through. I was then that day given a "Memorandum" which was placed on the pod door for all the staff to recognize, that stated I had permission to carry out my religious tenets (Exhibit #3)

"11." The same continued on March 29 2022 I grieved (#171144522) that my cell was once again raided and food I had stored while fasting was taken and thrown out. I was responsed with "it was against

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.

the County Jail rules to store food"

Claims and Facts (continued)

"12." April 1 2022 (in Escalated Grievance 171144522) I stated I had already provided and gotten permission to fast. (Exhibit #3).

"13." The Delaware County Jail did not inculcate my religious excercise. I informed the County Clerk of Courts and the Sheriff of the Jail T. Skinner of my longings for what I had sufficed in their Jail (Exhibit #4).

"14." I seek relief Compensary for the pain sufficed ~~toward the~~ / my Sincerity in my Religion in the amount of $10,000. I seek relief Punitive for the reckless and Callous indifference towards my rights in the amount of $10,000.