UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY D. CARROLL, II, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00053-RLY-CSW |
| | ) |
| TONY SKINNER, | ) |
| A. SHIELDS, and | ) |
| Z. ROWE, | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

Today, the court granted Defendants' Motion for Summary Judgment. Final judgment is entered in favor of Defendants and against Plaintiff.

**SO ORDERED** this 8th day of January 2025.

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.

Copy by U.S. Mail to:

Larry D. Carroll, II, DOC #240528
Branchville - CF
Branchville Correctional Facility
Inmate Mail/Parcels
21390 Old State Road 37
Branchville, IN  47514

1